

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2015

No. 04-14-00742-CR

Andres Solis **VIELMA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-12304-CR
Honorable Bert Richardson, Judge Presiding

## O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). On July 22, 2014, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-321 (Tex. Crim. App. 2014).

Appellant's motion to access the record is GRANTED. It is ORDERED the district clerk of Bexar County shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 2013-09-12304-CR to appellant at TDCJ No. 1964402, Garza West Unit, 4250 Highway 202, Beeville, TX 78102. It is FURTHER ORDERED the district clerk file written notice in this court no later than ten days from the date of this order confirming the date the record was sent to appellant.

It is further ORDERED the motion to withdraw, filed by appellant☐s counsel, is HELD IN ABEYANCE pending further order of the court.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty days from the date this court receives written notice that the record was sent to appellant by the district clerk. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court